15-19/MF/GMV
Michael Fernandez
Gina M. Venezia
FREEHILL HOGAN & MAHAR, LLP
80 Pine Street, 25th Floor
New York, New York 10005
Tel: (212) 425-1900 | Fax: (212) 425-1901
*Attorneys for Plaintiffs*
*Hapag Lloyd Aktiengesellschaft*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HAPAG-LLOYD AKTIENGESELLSCHAFT a/k/a HAPAG-LLOYD AG | 19-cv-_____ |
| AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS | **RULE 7.1 STATEMENT** |

Plaintiff Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG (hereinafter "Hapag"), by and through its attorneys, Freehill Hogan & Mahar LLP, and pursuant to Federal Rule of Civil Procedure 7.1, certifies that there are no corporate parents, subsidiaries or affiliates that are publicly held.

Dated:  New York, New York
        June 19, 2019

                                Respectfully submitted,

                                /s/ Michael Fernandez
                                _____
                                Michael Fernandez (fernandez@freehill.com)
                                Gina M. Venezia (venezia@freehill.com)
                                80 Pine Street, 25th Floor
                                New York, NY 10005-1759
                                Tel: (212) 425-1900 / Fax:  (212) 425-1901
                                *Attorneys for Plaintiff Hapag*

507203.1