**CIVIL COVER SHEET**

JS 44C/SDNY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of the Court for the purpose of initiating the civil docket sheet.

| PLAINTIFF | DEFENDANT |
|---|---|
| Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG | |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Freehill Hogan & Mahar, LLP, 80 Pine Street, New York, NY 10005 (212) 425-1900 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
Complaint for exoneration from or limitation of liability pursuant to 46 U.S.C. §§30501, *et seq.*

Has this or a similar case been previously filed in SDNY at anytime?  NO**[x]**  YES ☐  Judge Previously Assigned _____

If yes, was this case Vol. ☐ Invol. ☐ Dismissed, NO ☐ YES ☐. If yes, give date _____ & Case No. _____

*(PLACE AN [X] IN ONE BOX ONLY).*   NATURE OF SUIT

**ACTIONS UNDER STATUTES**

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 INSURANCE | **PERSONAL INJURY** | **PERSONAL INJURY** | | [ ] 400 STATE REAPPORTIONMENT |
| [x] 120 MARINE | | | [ ] 610 AGRICULTURE | |
| [ ] 130 MILLER ACT | [ ] 310 AIRPLANE | [ ] 362 PERSON INJURY MED. MALPRACTICE | [ ] 620 FOOD & DRUG | [ ] 410 ANTITRUST |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 315 AIRPLANE PRODUCT LIABILITY | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [ ] 422 APPEAL 28 USC 158 | [ ] 430 BANKS & BANKING [ ] 450 COMMERCE/ICC RATES/ETC. |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 320 ASSAULT, LIBEL & SLANDER [ ] 330 FEDERAL EMPLOYEES' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | [ ] 630 LIQUOR LAWS [ ] 640 R.R. & TRUCK [ ] 650 AIRLINE REGS | [ ] 423 WITHDRAWAL 28 USC 157 **PROPERTY RIGHTS** | [ ] 460 DEPORTATION [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 MEDICARE ACT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 660 OCCUPATIONAL SAFETY/HEALTH | [ ] 820 COPYRIGHTS | [ ] 810 SELECTIVE SERVICE |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 345 MARINE PRODUCT LIABILITY [ ] 350 MOTOR VEHICLE [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD [ ] 371 TRUTH IN LENDING [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | [ ] 690 OTHER | [ ] 830 PATENT [ ] 840 TRADEMARK | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE [ ] 875 CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | **LABOR** [ ] 710 FAIR LABOR STANDARD ACT | **SOCIAL SECURITY** [ ] 861 MIA (1395 FF) [ ] 862 BLACKLUNG(923) | [ ] 891 AGRICULTURE ACTS [ ] 892 ECONOMIC STABILIZATION ACT |
| [ ] 160 STOCKHOLDERS' SUITS [ ] 190 OTHER CONTRACT [ ] 195 CONTRACT PRODUCT LIABILITY [ ] FRANCHISE | | | [ ] 720 LABOR/MGMT. RELATIONS [ ] 730 LABOR/MGMT. REPORTING & DISCLOSURE ACT [ ] 740 RAILWAY LABOR ACT | [ ] 863 DIWC(405(g)) [ ] 863 DIWW(405(g)) [ ] 864 SSID TITLE [ ] 865 RSI(405(g)) | [ ] 893 ENVIRONMENTAL MATTERS [ ] 894 ENERGY ALLOCATION ACT [ ] 895 FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | **ACTIONS UNDER STATUTES** **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 OTHER LABOR LITIGATION [ ] 791 EMPL. RET. INC. SECURITY ACT | **FEDERAL TAX SUITS** [ ] 870 TAXES [ ] 871 IRS-THIRD PARTY 20 USC 7609 | [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 210 LAND CONDEMNATION [ ] 220 FORECLOSURE [ ] 230 RENT LEASE & EJECTMENT [ ] 240 TORTS TO LAND [ ] 246 TORT PRODUCT LIABILITY | [ ] 441 VOTING [ ] 442 EMPLOYMENT [ ] 443 HOUSING/ ACCOMMODATIONS [ ] 444 WELFARE [ ] 440 OTHER CIVIL RIGHTS | [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255 [ ] 530 HABEAS CORPUS [ ] 535 DEATH PENALTY [ ] 540 MANDAMUS & OTHER [ ] 550 CIVIL RIGHTS | | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 290 ALL OTHER REAL PROPERTY | | | | | |

*Check if demanded in complaint:*

CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   Compel Arbitration

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND _____ OTHER _____   JUDGE _____ DOCKET NO. _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☒ NO   NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

NYDOCS1/342801.1

| (PLACE AN [X] IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| [x] ORIGINAL DISTRICT PROCEEDING FROM MAGISTRATE | ☐ 2 REMOVED FROM STATE COURT | ☐ 3 REMANDED FROM APPELLATE COURT | ☐ 4 REINSTATED OR REOPENED | ☐ 5 TRANSFERRED FROM (SPECIFY DIST.) | ☐ 6 MULTIDISTRICT LITIGATION | ☐ 7 APPEAL TO JUDGE JUDGE JUDGMENT |

(PLACE AN [X] IN ONE BOX ONLY)  **BASIS OF JURISDICTION**

☐ 1 U.S.. PLAINTIFF   ☐ 2 U.S. DEFENDANT   [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441)*

**CITIZENSHIP OF PRINCIPAL PARTIES** (FOR DIVERSITY CASES ONLY)

(PLACE AN [X] IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY [ ] 3 | [] 3 | | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE [ ] 5 | [] 5 | |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE [ ] 4 | [ ] 4 | | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Hapag-Lloyd Aktiengesellschaft
a/k/a Hapag-Lloyd AG
c/o Freehill, Hogan & Mahar LLP
80 Pine Street, New York 10005
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)


DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check One:   THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   [x] MANHATTAN
(DO NOT check either box if this is a PRISONER PETITION.)

DATE **June 19, 2019**   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT?
[x] YES (DATE ADMITTED Mo. January  Yr. 1991
Attorney Bar Code #
RECEIPT #

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ is so Designated.

James M. Parkison, Clerk of the Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

NYDOCS1/342801.1