15-19/MF/GMV
Michael Fernandez
Gina M. Venezia
F<small>REEHILL</small> H<small>OGAN</small> & M<small>AHAR</small>, LLP
80 Pine Street, 25th Floor
New York, New York 10005
Tel: (212) 425-1900 | Fax: (212) 425-1901
*Attorneys for Plaintiffs*
*Hapag Lloyd Aktiengesellschaft*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br><br>HAPAG-LLOYD AKTIENGESELLSCHAFT a/k/a HAPAG-LLOYD AG<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS | 19-cv-5731 (GHW)<br><br>**NOTICE OF APPEARANCE** |

    **PLEASE TAKE NOTICE**, Gina M. Venezia, a partner at Freehill Hogan & Mahar, LLP, hereby appears as co-counsel on behalf of Plaintiff, Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG (hereinafter "Hapag"), in the above captioned action and is admitted to practice before this Honorable Court.

Dated: New York, New York
       June 25, 2019

                              FREEHILL HOGAN & MAHAR
                              *Attorney for Plaintiff*
                              *Hapag Lloyd Aktiengesellschaft*

               By:    /s/ Gina M. Venezia

                      Gina M. Venezia
                      80 Pine Street, Floor 25
                      New York, New York 10005
                      212.425.1900 (p) | 212.425.1901 (f)
                      venezia@freehill.com

507609.1