USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2019

15-19/mf
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE COMPLAINT OF

HAPAG-LLOYD AKTIENGESELLSCHAFT
a/k/a HAPAG-LLOYD AG

AS OWNERS AND OPERATORS OF THE
M/V YANTIAN EXPRESS

19-cv-5731 (GHW)

NOTICE OF COMPLAINT PURSUANT
TO 46 U.S.C. §30505 & 30511

---

**PLEASE TAKE NOTICE** that Plaintiff Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG has filed a Complaint in admiralty, pursuant to 46 U.S.C. §§ 30501, et. seq., and the general maritime law, claiming that they are not liable, or in the alternative, that their liability is limited pursuant to 46 U.S.C. §30505, for any and all claims, losses, damages or liability whatsoever arising out of, relating to or in connection with a fire that occurred on or about January 3, 2019, onboard the M/V YANTIAN EXPRESS (the "Vessel") and the subsequent firefight and salvage efforts, the facts of which are more particularly set forth in the accompanying Complaint filed herein.

All persons having such claims are directed to, on or before Aug 14, 2019, (a) file such claims in this proceeding, as provided in Supplemental Admiralty Rules F(4) and (5) of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States District Court, Southern District of New York, 500 Pearl St., New York, NY 10007; and (b) serve on or mail to the attorneys for the Plaintiff, Freehill, Hogan & Mahar, LLP, 80 Pine Street, 25th Floor, New York, New York 10005, a copy of such claims. **Failure to so file and serve or mail shall result in default.** Personal attendance is not required.

506013.1

Any claimant desiring to contest the claims of Plaintiff must also file an answer to the Plaintiff's Complaint as required by Supplemental Rule F(5) of the Federal Rules of Civil Procedure, and serve on or mail a copy of the answer to the attorneys for Plaintiff.

New York, New York, this *1st* day of *July*, 2019.

_____
CLERK

**Richard Wilson, Chief Deputy Clerk**
**FOR: RUBY J. KRAJICK, CLERK**

Attorneys for Plaintiffs:
Michael Fernandez
Gina M. Venezia
FREEHILL, HOGAN & MAHAR, LLP
80 Pine Street
New York, N.Y. 10005
Tel: (212) 425-1900 | Fax: (212) 425-1901
fernandez@freehill.com
venezia@freehill.com