James A. Saville, Jr.
HILL RIVKINS LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT OF          :
                                                                                  :          1:19-CV-05731-GHW
HAPAG-LLOYD AKTIENGESELLSCHAFT     :
a/k/a HAPAG-LLOYD AG                                     :
                                                                                  :
AS OWNERS AND OPERATORS OF THE       :          **NOTICE OF APPEARANCE**
M/V YANTIAN EXPRESS                                    :
                                                                                  :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned attorney, admitted or otherwise authorized to practice in this Court, hereby enters his appearance as counsel on behalf of defendant, AGCS Marine Insurance Company, and requests that notice of all matters arising herein and service of all papers and documents filed herein, be provided to him at the below address and/or electronically through this Court's CM/ECF system.

Dated:   New York, New York
          August 5, 2019

                                                            HILL RIVKINS LLP
                                                            By: /s/ James A. Saville, Jr.
                                                                 James A. Saville, Jr.
                                                                 Hill Rivkins LLP
                                                                 45 Broadway, Suite 1500
                                                                 New York, New York 10006
                                                                 Telephone: (212) 669-0600
                                                                 Facsimile: (212) 669-0698
                                                                 Email: jsaville@hillrivkins.com