```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Complaint of      :
HAPAG-LLOYD AKTIENGESELLSCHAFT :
a/k/a HAPAG-LLOYD AG                   :        19 Civ. 05731 (GHW) (RWL)
As Owners and Operators of the         :
M/V Yantian Express                    :        **ORDER**
                                       :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Telephone Conference held before the Court on June 11, 2020, no later than July 27, 2020, the parties shall (1) meet and confer to discuss a potential bellwether (or alternative) approach to manage third-party defendant Ocean Network Express Pte. Ltd. ("ONE")'s anticipated motion(s) to dismiss, and (2) file a joint letter reporting on the results of their meet and confer.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      June 12, 2020
            New York, New York

Copies transmitted to all counsel of record.