```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Complaint of            :
HAPAG-LLOYD AKTIENGESELLSCHAFT   :
a/k/a HAPAG-LLOYD AG                          :         19 Civ. 05731 (GHW) (RWL)
As Owners and Operators of the             :
M/V Yantian Express                               :         **ORDER**
                                                               :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Any objection to Third-Party Defendant Transworld's proposal to file a consolidated answer (Dkt. 388) shall be filed no later than June 19, 2020.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     June 16, 2020
              New York, New York

Copies transmitted to all counsel of record.