UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Complaint of
HAPAG-LLOYD AKTIENGESELLSCHAFT
a/k/a HAPAG-LLOYD AG
As Owners and Operators of the
M/V Yantian Express

19 Civ. 05731 (GHW) (RWL)

**ORDER**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By July 29, 2020, Third-Party Plaintiffs shall file a letter setting forth their position and response to the DSV Parties' letter dated July 20, 2020 (Dkt. 455), including whether the issue can be resolved without the need for motion practice.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:    July 27, 2020
          New York, New York

Copies transmitted to all counsel of record.