UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Complaint of
HAPAG-LLOYD AKTIENGESELLSCHAFT
a/k/a HAPAG-LLOYD AG

19 Civ. 05731 (GHW) (RWL)

**ORDER**

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The NVOCC parties may proceed with filing a motion to dismiss regarding the Eighth Cause of Action against them. The moving parties' brief shall be due **October 7, 2020**; opposition shall be due by **November 11, 2020**, and any reply shall be due by **December 2, 2020**. The moving parties will file a single joint brief and may apply to the Court for extra pages if necessary, as may the opposing parties.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     August 25, 2020
           New York, New York

Copies transmitted to all counsel of record.