LYONS & FLOOD, LLP
One Exchange Plaza
55 Broadway, Suite 1501
New York, NY 10006
(212) 594-2400

Attorneys for Third-Party Defendant Ocean Network Express Pte. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br><br>Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG<br>      Petitioner,<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS. | 19 Civ. 5731 (GHW) (RWL)<br><br>**NOTICE OF MOTION** |

  Third-Party Defendant, Ocean Network Express Pte. Ltd. ("ONE") by its attorneys, Lyons & Flood, LLP, moves before the Honorable Robert W. Lehrburger, United States Magistrate Judge, for an order dismissing, on the basis of the subject Singapore forum selection clause, the claims identified in the Court's memo-endorsed order of August 21, 2020 (ECF 533), and for such other and further relief as the Court may deem just and proper.

  This motion is supported by the accompanying memorandum of law and declarations of Douglas Wyatt, Bernard Yee Weng Wai, and the undersigned.

Dated: September 21, 2020

                              LYONS & FLOOD, LLP
                              Attorneys for Third-Party Defendant
                              Ocean Network Express Pte. Ltd.

                              s/ Randolph Donatelli
                                 Randolph Donatelli
                                 One Exchange Plaza
                                 55 Broadway, Suite 1501
                                 New York, NY 10006
                                 Telephone: (212) 594-2400