# EXHIBIT C TO WYATT DECLARATION

**ONE OCEAN NETWORK EXPRESS**

**COPY NON NEGOTIABLE**

PAGE: 1 OF 2

**SEA WAYBILL**

| SHIPPER/EXPORTER | BOOKING NO. | SEA WAYBILL NO. |
|---|---|---|
| BIEN DONG SEAFOOD CO., LTD.<br>LOT II - 18B1, 18B2, TRA NOC 2<br>INDUSTRIAL ZONE, PHUOC THOI WARD,<br>OMON DISTRICT, CAN THO CITY, VIETNAM | SGNUC2079300 | ONEYSGNUC2079300 |

EXPORT REFERENCES (for the Merchant's and/or Carrier's reference only. See back clause 8. (4).)

**CONSIGNEE**
B & D SEAFOODS, INC
23832 ROCKFIELD BLVD., SUITE 100,
LAKE FOREST, CA 92630, USA.
TEL: (949)-273-8896    >>

**FORWARDING AGENT-REFERENCES**
FMC NO.

**NOTIFY PARTY** (It is agreed that no responsibility shall be attached to the Carrier or its Agents for failure to notify)
B.Y. INTERNATIONAL INC
710 EPPERSON DR CITY OF INDUSTRRY,
CA 91748 TEL: 562-926-0888
FAX: 562-926-3666

RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt", to be carried subject to all the terms and conditions hereof from the Place of Receipt or Port of Loading to the Port of Discharge or Place of Delivery, as applicable. Delivery of the Goods to the Carrier for Carriage hereunder constitutes acceptance by the Merchant (as defined hereinafter) (i) of all the terms and conditions, whether printed, stamped or otherwise incorporated on this side and on the reverse side of this Bill of lading and the terms and conditions of the Carrier's applicable tariff(s) as if they were all signed by the Merchant, and (ii) that any prior representations and/or agreements for or in connection with Carriage of the Goods are superseded by this Bill of Lading. If this is a negotiable (To Order/of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered to the Carrier (together with any outstanding Freight) in exchange for the Goods or a Delivery Order or the pin codes for any applicable Electronic Release System. If this is a non-negotiable (straight) Bill of Lading, or where issued as a Sea Waybill, the Carrier shall deliver the Goods or issue a Delivery Order or the pin codes for any applicable Electronic Release System (after payment of outstanding Freight) to the named consignee against the surrender of one original Bill of Lading, or in the case of a Sea Waybill, on production of such reasonable proof of identify as may be required by the Carrier, or in accordance with the national law at the Port of Discharge or Place of Delivery as applicable. IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void.

| PRE-CARRIAGE BY | PLACE OF RECEIPT<br>HO CHI MINH | |
|---|---|---|
| OCEAN VESSEL VOYAGE NO. FLAG<br>YANTIAN EXPRESS 108E | PORT OF LOADING<br>CAI MEP PORT, VIETNAM | FINAL DESTINATION (for the Merchant's reference only) |
| PORT OF DISCHARGE<br>NEW YORK, NY, USA | PLACE OF DELIVERY<br>NEW YORK, NY, USA | TYPE OF MOVEMENT (IF MIXED, USE DESCRIPTION OF PACKAGES AND GOODS FIELD)<br>FCL / FCL          CY / CY |

(CHECK "HM" COLUMN IF HAZARDOUS MATERIAL)   **PARTICULARS DECLARED BY SHIPPER BUT NOT ACKNOWLEDGED BY THE CARRIER**

| CNTR. NOS. W/SEAL NOS.<br>MARKS & NUMBERS | QUANTITY<br>(FOR CUSTOMS DECLARATION ONLY) | HM | DESCRIPTION OF GOODS | GROSS WEIGHT | GROSS MEASUREMENT |
|---|---|---|---|---|---|
| SEGU9170820 / VN149125A | | | / 2300 CARTONS /FCL / FCL/40RQ// | | |
| NO MARKS | 2300 CARTONS | | FROZEN SWAI FILLETS<br>(PANGASIANODON HYPOPHTHALMUS)<br>NET WEIGHT: 40,480.00 LBS<br>GROSS WEIGHT: 55,268.96 LBS<br>         (= 25,070.00 KGS)<br>COMMODITY HTSUS NUMBER: 03046200<br>CARGO IS STOWED IN A REFRIGERATED<br>CONTAINER SET BY THE SHIPPER AT<br>THE CARRYING TEMPERATURE OF<br>MINUS 20 DEGREES CELSIUS. | 25070.000KGS | 31.298CBM |

** TO BE CONTINUED ON ATTACHED LIST **

Declared Cargo Value US $ _____ . If Merchant enters a value, Carrier's limitation of liability shall not apply and the ad valorem rate will be charged.

| FREIGHT & CHARGES PAYABLE AT / BY:<br>HO CHI MINH | SERVICE CONTRACT NO.<br>SGN18T0028 | DOC FORM NO. | COMMODITY CODE | EXCHANGE RATE |
|---|---|---|---|---|

| CODE | TARIFF ITEM | FREIGHTED AS | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|
| | | | | | |

[1] ORIGINAL BILLS(S) HAVE BEEN SIGNED.

DATE CARGO RECEIVED

DATE LADEN ON BOARD
10 DEC 2018

PLACE OF BILL(S) ISSUE
HO CHI MINH

DATED
10 DEC 2018

SIGNED BY: OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER

The printed terms and conditions on this Bill are available at its website at www.one-line.com

**COPY NON NEGOTIABLE**

| VESSEL VOYAGE: YANTIAN EXPRESS 108E | | | | B/L NO.: ONEYSGNUC2079300 | |
|---|---|---|---|---|---|
| CNTR NOS. W/SEAL NOS. MARKS & NUMBERS | QUANTITY (FOR CUSTOMS DECLARATION ONLY) | H M | DESCRIPTION OF GOODS | GROSS WEIGHT | MEASUREMENT |
| | | | >> FAX: (949)-273-8897<br>EMAIL: LOGISTICS@BDSEAFOODS.COM<br><br>ALSO NOTIFY PARTY<br>SUNRISE FOOD TRADING INC.<br>163 WASHINGTON VALLEY ROAD,<br>SUITE 103, WARREN, NJ 07059<br>TEL: 718-305-4388<br>FAX: 718-305-4399 | | |

```
------------------------------------------------------------------------------
OCEAN FREIGHT PREPAID
DESTINATION CHARGES COLLECT PER LINE TARIFF AND OTHER CHARGES TO BE COLLECTED FROM THE
PARTY WHO LAWFULLY DEMANDS DELIVERY OF THE CARGO WITHOUT PREJUDICE TO THE CARRIER'S
RIGHTS AGAINST THE MERCHANT (SEE BACK CLAUSE 1) AS SET OUT AT BACK CLAUSE 13(1)
SHIPPER'S LOAD AND COUNT
```

SIGNED BY:  OCEAN NETWORK EXPRESS (VIETNAM) CO., LTD.

, as agent for and on behalf of

*[signature]*

Ocean Network Express Pte. Ltd.
(ONE), AS CARRIER