

**LYONS & FLOOD**

Attorneys At Law

LYONS & FLOOD LLP
THE TOWERS, SUITE 206
111 GREAT NECK ROAD
GREAT NECK, NY 11021
TEL (212) 594-2400
FAX (212) 594-4589
www.lyons-flood.com

RANDOLPH H. DONATELLI
E-Mail: rdonatelli@lyons-flood.com

ADMITTED IN NEW YORK,
GEORGIA

January 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022

**BY ECF**

Honorable Robert W. Lehrburger
U.S. Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   In the Matter of the Complaint of Hapag-Lloyd Aktiengesellschaft
      a/k/a Hapag-Lloyd AG
      19-cv-05731-(GHW) (RWL)
      Our file: 2766005

Dear Judge Lehrburger:

We represent third-party defendant Ocean Network Express Pte. Ltd. ("ONE") and with reference to Your Honor's order of January 24, 2022 (ECF 753) concerning ONE's proposed motion to dismiss the non-test claims against ONE.

During Wednesday, Thursday and Friday of last week and also today, there have been numerous discussions and written exchanges with the Hill Rivkins firm (the delegate for this project for the group of firms acting for cargo interests) and the Kennedy Lillis firm (the delegate for this project for the group of firms acting for NVOCCs) about a proposed plan for a simplified and expeditious motion to obtain the Court's ruling on these claims (of which there are over 1,000). Talks have been amicable and productive. There are some details to be worked out, but counsel are optimistic that a joint proposal can be ready for submission for Your Honor's consideration in one week.

Accordingly, the parties respectfully jointly request that they be given until February 7, 2022 to submit a proposed plan for Your Honor's consideration.

Thank you for your consideration.

Respectfully submitted,

**Lyons & Flood, LLP**

By: Randolph H. Donatelli

SO ORDERED:

2/1/2022
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

NEW YORK         NEW JERSEY         MASSACHUSETTS