LYONS & FLOOD, LLP
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
(212) 594-2400

Attorneys for Third-Party Defendant Ocean Network Express Pte. Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br><br>Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG<br>Petitioner,<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS. | 19 Civ. 5731 (GHW) (RWL)<br><br>**NOTICE OF MOTION** |

      Pursuant to the Court's memo-endorsed Order of February 8, 2022 (Dkt. No. 760), Third-Party Defendant, Ocean Network Express Pte. Ltd. ("ONE") by its attorneys, Lyons & Flood, LLP, moves before the Honorable Robert W. Lehrburger, United States Magistrate Judge, for an order dismissing, on the basis of the subject Singapore forum selection clause, the claims identified in Exhibit A to the accompanying declaration of Jon Werner, and for such other and further relief as the Court may deem just and proper.

      This motion is further supported by the accompanying declaration of Douglas Wyatt and the Memorandum of Law.

Dated: February 22, 2022

                                              Respectfully submitted,
                                              LYONS & FLOOD, LLP
                                              Attorneys for Third-Party Defendant
                                              Ocean Network Express Pte. Ltd.

                                              s/ <u>Randolph Donatelli</u>
                                                Randolph Donatelli
                                                The Towers, Suite 206
                                                111 Great Neck Road
                                                Great Neck, NY 11021
                                                Telephone: (212) 594-2400