USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IN THE MATTER OF THE COMPLAINT OF      :
                                        :
Hapag-Lloyd Aktiengesellschaft a/k/a    :
Hapag-Lloyd AG.                         :          1:19-cv-5731-GHW-RWL
                    Petitioner,         :
                                        :              ORDER
AS OWNERS AND OPERATORS OF THE          :
M/V YANTIAN EXPRESS                     :
                                        :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

I.      BACKGROUND

On February 8, 2022, Judge Robert W. Lehrburger endorsed the parties' proposal regarding

how most efficiently to resolve a series of "non-test" claims against Defendant Ocean Network

Express Pte. Ltd. ("ONE"). Dkt. No. 760. The legal issues raised by those claims were resolved by

the Court on November 29, 2021 in connection with a prior motion to dismiss the so-called "test"

claims. Dkt. No. 735. In order to avoid unnecessary duplication of effort by the parties and the

Court, Judge Lehrburger adopted a process in which ONE would move to dismiss the relevant

claims, and the parties would not provide additional substantive briefing, relying instead exclusively

on the arguments presented in connection with their prior motion to dismiss. The parties did so.

Dkt. Nos. 763-766, 769, 771, 775, 776, and 777. The parties agreed that the claims that were the

subject of ONE's motion were set forth in a spreadsheet submitted in connection with its motion

(the "Claims Spreadsheet"). Dkt. No. 764, Ex. A.

Judge Lehrburger issued a summary report and recommendation in response to ONE's

motion on March 2, 2022 (the "Report"). Dkt. No. 779. Unsurprisingly, he makes the same

recommendation with respect to the non-test claims as he did with respect to the test claims--

namely, that the Court deny ONE's motion to dismiss. And his report and recommendation relies

on the reasoning set forth in his earlier report and recommendation to the Court.  The parties filed timely objections to the Report.  Dkt. Nos. 786 and 793.  The objections too incorporate by reference the legal arguments presented in connection with their objections to Judge Lehrburger's previous report and recommendation.

## II.      LEGAL STANDARD

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report.  *Id.*; *see also* Fed. R. Civ. P. 72(b)(2).

When a party timely objects to a magistrate's report and recommendation, a district court reviews *de novo* "those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1).  But where "the party makes only frivolous, conclusory or general objections, or simply reiterates her original arguments, the Court reviews the report and recommendation only for clear error."  *Chen v. New Trend Apparel, Inc.*, 8 F. Supp. 3d 406, 416 (S.D.N.Y. 2014) (quoting *Silva v. Peninsula Hotel*, 509 F. Supp. 2d 364, 366 (S.D.N.Y. 2007)). "Further, the objections 'must be specific and clearly aimed at particular findings in the magistrate judge's proposal.'"  *McDonaugh v. Astrue*, 672 F. Supp. 2d 542, 547 (S.D.N.Y. 2009) (quoting *Molefe v. KLM Royal Dutch Airlines*, 602 F. Supp. 2d 485, 487 (S.D.N.Y. 2009)).  The Court also reviews for clear error those parts of the report and recommendation to which no party has timely objected. 28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

**III.   DISCUSSION**

Like the parties and Judge Lehrburger, the Court follows form.  The Court adopts the

Report for the reasons articulated in its November 29, 2021 opinion.  The applicable analysis from

that opinion is incorporated by reference here.

**IV.   CONCLUSION**

For the foregoing reasons, the Court adopts Judge Lehrburger's Report in full.  ONE's

motion to dismiss the claims identified in the Claims Spreadsheet is DENIED.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 763.

SO ORDERED.

Dated:  April 22, 2022
New York, New York                                              _____
                                                                          GREGORY N. WOODS
                                                                    United States District Judge

3