# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

JONATHAN S. CHERNOW
SENIOR COUNSEL
212-804-4213
JChernow@moundcotton.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2022

October 19, 2022

**Via ECF**

Hon. Robert W. Lehrburger
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: IN THE MATTER OF THE COMPLAINT of HAPAG-LLOYD AKTIENGESELLSCHAFT A/K/A HAPAG-LLOYD AG as OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS 19-cv-5731 (GHW) (RWL)

Dear Judge Lehrburger:

We are counsel to the Mound Cotton Claimants in this action. We write with the consent of counsel to Petitioner Hapag-Lloyd ["Hapag"], with respect to the Court ordered discovery hearing that was rescheduled by the Court to today at 3:00 PM. (Doc. No. 835). We respectfully request that this hearing be adjourned to October 27th (with the exact date based upon the Court's schedule). Since Hapag's letter to the Court dated October 5, 2022 (Doc. No. 834), obstacles have arisen in the settlement discussions between the Mound Cotton Claimants and Hapag as to the claimed six containers of Pepsico Gatorade dry mix powder. Hapag and the Mound Cotton Claimants intend to continue the settlement discussions in the next week, in order to determine if these obstacles can be resolved. We would appreciate if the Court accommodates this request for an additional adjournment.

Respectfully submitted,

*s/s/ Jonathan S. Chernow*
Jonathan S. Chernow
Attorneys for the Mound Cotton Claimants
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
New York, NY 10004
(212) 804-4200

Request granted.

SO ORDERED:
10/19/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE