UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
IN THE MATTER OF THE COMPLAINT OF                       :
                                                        :
HAPAG-LLOYD AKTIENGESELLSCHAFT                          :
a/k/a HAPAG-LLOYD AG                                    :
                                                        :
AS OWNERS AND OPERATORS OF THE                          :
M/V YANTIAN EXPRESS.                                    :
                                                        :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

19-CV-5731 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the Maloof firm's request that all unserved NVOCCs be dismissed. (Dkt. 829.) Having solicited and considered varied parties' positions, the Court declines to order a blanket dismissal at this time. The parties should continue to address unserved party issues on an ad hoc basis.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  October 27, 2022
        New York, New York

Copies transmitted this date to all counsel of record.