# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

JONATHAN S. CHERNOW
SENIOR COUNSEL
212-804-4213
JChernow@moundcotton.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2023

January 23, 2023

**Via ECF**

Hon. Robert W. Lehrburger
United States District Court, Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:  IN THE MATTER OF THE COMPLAINT of HAPAG-LLOYD AKTIENGESELLSCHAFT A/K/A HAPAG-LLOYD AG as OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS 19-cv-5731 (GHW) (RWL)

Dear Judge Lehrburger:

    We are counsel to the Mound Cotton Claimants in this action.  We write jointly with Petitioner Hapag-Lloyd, ("Hapag") with respect to the Court's Order dated January 9, 2023 (Doc. No. 873) ("the Order").  The Order granted the Mound Cotton Claimants January 9, 2023 letter request, with Hapag's consent, to further adjourn the time for Claimant Pepsico Concentrate Manufacturing (Singapore) Pte Ltd., to produce certain documents responsive to Hapag's December 15, 2021 request for production of documents, from January 9, 2023, to today, in light of the recommencement of substantive settlement negotiations (Doc. No. 872).

    We are pleased to report that the parties have made substantial progress in settling their differences concerning the six containers of Pepsico Gatorade dry mix powder ("the Containers").  However, the parties estimate they will need another two weeks to complete negotiations and reach a global resolution. Among other advances, the parties have greatly narrowed their dispute as to the valuation of the Containers for purposes of settlement. Moreover, terms of a settlement agreement encompassing the general average aspects in this matter remain under review by respective English counsel for the parties, and will also need to be reviewed by the London based marine average adjuster appointed in this matter.

    Accordingly, we would appreciate the Court's continued accommodation of the settlement negotiations and with Hapag's consent, respectfully ask that the Court adjourn the

Hon. Robert W. Lehrburger
United States District Court, Southern District of New York
January 23, 2023
Page 2

compliance date in the Order from January 23, 2023 to February 11, 2023. This is the Mound Cotton Claimants' third request to adjourn the compliance date in the Order.

                                Respectfully submitted,

                                *s/s/ Jonathan S. Chernow*
                                Jonathan S. Chernow
                                Attorneys for the Mound Cotton Claimants
                                Mound Cotton Wollan & Greengrass LLP
                                One New York Plaza
                                New York, NY 10004
                                (212) 804-4200

SO ORDERED:
1/24/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

584792.1