```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__7/26/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN THE MATTER OF THE COMPLAINT OF                           :
                                                            :
HAPAG-LLOYD AKTIENGESELLSCHAFT                              :
a/k/a HAPAG-LLOYD AG                                        :
                                                            :
AS OWNERS AND OPERATORS OF THE                              :
M/V YANTIAN EXPRESS.                                        :
                                                            :
------------------------------------------------------------X

19-CV-5731 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On July 5, 2023, the Court agreed to schedule two settlement conferences – one involving PepsiCo/Gatorade's potential role as signatory to a settlement agreement, and the other involving the Delay Claimants and Delay Defendants. (Dkt. 895 at 2.) On July 19, 2023, in response to the Court's request, the Freehill firm provided lists of recommended participants for each of the two settlement conferences. The Court proceeded to solicit dates from the recommended parties for the settlement conferences. Since then, however, various parties have written to the Court asking to be relieved from participating in the conferences, indicating that their participation is either not relevant or not necessary. Accordingly, the parties shall meet and confer, and by August 7, 2023, shall jointly file a letter with a definitive list of which parties/law firms will participate in each of the two settlement conferences. If there is any disagreement, the parties shall so indicate in the letter and explain the bases for their positions.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  July 26, 2023
         New York, New York

Copies transmitted this date to all counsel of record.