HILL RIVKINS LLP
Attorneys for Third-Party Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HAPAG-LLOYD AKTIENGESELLSCHAFT A/K/A HAPAG-LLOYD AG<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS | Case No. 19-cv-5731 (GHW) (RWL) |
| HARTFORD FIRE INSURANCE COMPANY,<br><br>        Claimants/Third-Party Plaintiffs,<br><br>  - against –<br><br>HAPAG-LLOYD AKTIENGESSELSCHAFT A/K/A/ HAPAG-LLOYD AG, ET AL.,<br><br>        Third-Party Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL AS AGAINST**
**THIRD-PARTY DEFENDANT UPS ASIA GROUP PTE.**
**LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Claimants/Third-Party Plaintiff HARTFORD FIRE INSURANCE COMPANY ("Hartford"), by and through its undersigned attorneys, HILL RIVKINS LLP, hereby gives notice that the Amended Third-Party Complaint (ECF Doc. No. 221) is voluntarily dismissed in part without prejudice and without cost to any party with respect only to Third-Party Defendant Laufer Group International Ltd., said party having neither answered nor moved for summary judgment; nothing in this notice is otherwise deemed to affect the claims of Hartford against any other parties.

Dated: October 20, 2023
New York, New York

| HILL RIVKINS LLP | LAKIS LAW OFFICES, PC |
|---|---|
| By: _____*/s/ John J. Sullivan*_____ | By: _____*William E. Lakis*_____ |
| John J. Sullivan | William E. Lakis |
| Attorneys for Claimants/Third-Party Plaintiff | Attorneys for Third Party Defendant Laufer Group International Ltd. |
| 45 Broadway, Suite 1500 | 145 N Franklin Turnpike, Suite 122 |
| New York, New York 10006 | Ramsey, New Jersey 07446 |
| (212) 669-0600 | (201) 962-9300 |

TO: All counsel of record via ECF