HILL RIVKINS LLP
Attorneys for Third-Party Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HAPAG-LLOYD AKTIENGESELLSCHAFT A/K/A HAPAG-LLOYD AG<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS | Case No. 19-cv-5731 (GHW) (RWL) |
| FEDERAL INSURANCE COMPANY, ET AL.,<br><br>           Claimants/Third-Party Plaintiffs,<br><br>   - against –<br><br>YANG MING MARINE TRANSPORT CORP., ET AL.,<br><br>           Third-Party Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL AS AGAINST THIRD-PARTY DEFENDANT LAUFER GROUP INTERNATIONAL LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Claimants/Third-Party Plaintiffs, by and through their undersigned attorneys, HILL RIVKINS LLP (the "Hill Rivkins Claimants"), hereby give notice that the Amended Third-Party Complaint (ECF Doc. No. 233) is voluntarily dismissed in part without prejudice and without cost to any party with respect only to Third-Party Defendant Laufer Group International Ltd., said party having neither answered nor moved for summary judgment; nothing in this notice is otherwise deemed to affect the claims of the Hill Rivkins Claimants against any other parties.

Dated: October 20, 2023
New York, New York

HILL RIVKINS LLP                           LAKIS LAW OFFICES, PC

By: _____           By: _____
        John J. Sullivan                          William E. Lakis
Attorneys for Claimants/Third-Party Plaintiffs   Attorneys for Third Party Defendant Laufer
45 Broadway, Suite 1500                    Group International Ltd.
New York, New York 10006                   145 N Franklin Turnpike, Suite 122
(212) 669-0600                             Ramsey, New Jersey 07446
                                           (201) 962-9300

TO:    All counsel of record via ECF