HILL RIVKINS LLP
Attorneys for Third-Party Plaintiffs
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF HAPAG-LLOYD AKTIENGESELLSCHAFT A/K/A HAPAG-LLOYD AG<br><br>AS OWNERS AND OPERATORS OF THE M/V YANTIAN EXPRESS<br><br>FEDERAL INSURANCE COMPANY, ET AL.,<br><br>    Claimants/Third-Party Plaintiffs,<br><br>  - against –<br><br>YANG MING MARINE TRANSPORT CORP., ET AL.,<br><br>    Third-Party Defendants. | Case No. 19-cv-5731 (GHW) (RWL) |

**NOTICE OF VOLUNTARY DISMISSAL AS AGAINST**
**THIRD-PARTY DEFENDANT UPS ASIA GROUP PTE.**
**LTD. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Claimants/Third-Party Plaintiffs, by and through their undersigned attorneys, HILL RIVKINS LLP (the "Hill Rivkins Claimants"), hereby give notice that the Amended Third-Party Complaint (ECF Doc. No. 233) is voluntarily dismissed in part without prejudice and without cost to any party with respect only to Third-Party Defendant UPS Asia Group Pte. Ltd., said party having neither answered nor moved for summary judgment; nothing in this notice is otherwise deemed to affect the claims of the Hill Rivkins Claimants against any other parties.

Dated: October 20, 2023
New York, New York

| | |
|---|---|
| HILL RIVKINS LLP | LAKIS LAW OFFICES, PC |
| By: _____/s/ John J. Sullivan_____<br>John J. Sullivan<br>Attorneys for Claimants/Third-Party Plaintiffs<br>45 Broadway, Suite 1500<br>New York, New York 10006<br>(212) 669-0600 | By: ___*William E. Lakis*___<br>William E. Lakis.<br>Attorneys for Third Party Defendant UPS Asia Group Pte Ltd.<br>145 N Franklin Turnpike, Suite 122<br>Ramsey, New Jersey 07446<br>(201) 962-9300 |

TO:     All counsel of record via ECF