PETER J. GUTOWSKI
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
WILLIAM J. PALLAS*
JUSTIN T. NASTRO*
DANIEL J. FITZGERALD*†△
ERIC J. MATHESON*
MICHAEL D. TUCKER*◊
WILLIAM H. YOST*
YAAKOV U. ADLER
MICHAEL J. DEHART
MATTHEW J. PALLAY*
J. TANNER HONEA*^
RYAN BYRNES*
BARBARA G. CARNEVALE*
LAINA BORIS*†
BLAINE PAYER
JASON H. KRAMER

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN PENNSYLVANIA
^ ALSO ADMITTED IN TEXAS

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
103 EISENHOWER PARKWAY, SUITE 400
ROSELAND, N.J. 07068
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
246 MARGHERITA LAWN
STRATFORD, CT 06615
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

OF COUNSEL
MARK F. MULLER
JAMES L. ROSS*
ERIC E. LENCK
THOMAS RUSSO

November 30, 2023

Our ref.: 15-19/MF

**Via E-Mail**
Honorable Robert W. Lehrburger
Magistrate Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
Lehrburger_NYSDChambers@nysd.uscourts.gov

Re: In re Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG, as Owners and Operators of the M/V YANTIAN EXPRESS 19-cv-5731 (GHW)(RWL)

**NOTICE OF SETTLEMENT**

Dear Judge Lehrburger:

We represent Petitioner Hapag-Lloyd AG ("Hapag") in the referenced matter and write jointly with counsel for MGF Sourcing, Inc., ("MGF") and NVOCC Pelorus Shipping Line ("Pelorus). We are pleased to inform the Court that MGF's claim in this matter has settled, and the parties are working to prepare a written settlement agreement. Accordingly, the parties jointly request that the Court cancel the settlement conference scheduled for December 4, 2023.

The parties greatly appreciate the Court's efforts in this matter thereby resulting in an amicable resolution.

Respectfully submitted,

  /s/ Michael Fernandez
Michael Fernandez
J. Tanner Honea

603266.1