AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re Hapag-Lloyd Aktiengesellschaft ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-cv-05731 |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ocean Network Express Pte. Ltd.

Date: 11/15/2024

*Attorney's signature*

Jon Werner; JW-5000
*Printed name and bar number*

Lyons & Flood, PLLC
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
*Address*

jwerner@lyons-flood.com
*E-mail address*

(212) 594-2400
*Telephone number*

(212) 594-4589
*FAX number*