

**Michael Fernandez**
fernandez@liskow.com
D: . 332-286-5286

October 7, 2025

Our ref.: 33912.0004

<u>Via ECF</u>
Honorable Robert W. Lehrburger
Magistrate Judge, Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:     <u>In re Hapag-Lloyd Aktiengesellschaft a/k/a Hapag-Lloyd AG, as Owners and Operators of the M/V YANTIAN EXPRESS 19-cv-5731 (GHW)(RWL)</u>

Dear Judge Lehrburger:

      We represent Petitioner Hapag-Lloyd AG ("Hapag" or "Petitioner") as owner and operator of the M/V Yantian Express (the "Vessel"), and are writing to provide Your Honor with a further positive update regarding developments concerning settlement discussions as to affirmative claims made against Hapag in the NY Limitation and to respectfully request a further adjournment of discovery for ninety (90) days. Based upon recent developments as more fully discussed herein, we are hopeful that this matter may be soon resolved.

Settlement of Salvage Indemnity Claims

      As noted in our July 2025 letter, we confirmed with the general average adjusters, Richards Hogg Lindley ("RHL"), that it would be possible to resolve the salvage component of the claims prior to RHL publishing the final General Average adjustment. Since then, we have been actively negotiating with Hill Rivkins, whom represent the vast majority of the claims asserted in the NY Limitation. In that regard, we are pleased to report that we have agreed on terms for settlement of the salvage indemnity claims asserted in the NY limitation with the Hill Rivkins Claimants, subject to final client approval. Assuming we receive such client authority, we will then approach the remaining claimants to resolve their salvage indemnity claims on the same basis.



October 7, 2025

Agree-to-Recommend Settlements of Cargo Claims

As a further positive update, RHL recently advised Hapag that the final General Average adjustment should be ready for publication within the next 60 or so days. Once the RHL figures are published, the parties will be in position to reconcile settlements for (i) cargo loss, damage, and delay as well as (ii) amounts paid towards General Average, in accordance the terms of the agree-to-recommend settlement previously reached between Hapag and the Hill Rivkins Claimants.

Scheduling

Based upon the above, the parties respectfully request a further 90-day extension of the current deadlines as follows:

Court's Case Management Plan (Dkt. 143)(identified by Paragraph number)

¶8a - All fact discovery: January 7, 2026
¶8c - Requests for production/interrogatories: December 19, 2025
¶8d - All fact depositions: January 7, 2026
¶8e - Requests to admit: December 19, 2025
¶9c - All expert discovery: January 7, 2026
¶9d - Meet and confer regarding expert disclosures: December 4, 2025
¶12 - Notify court of intent to file summary judgment motion: January 7, 2026
¶13 – Submission of Joint Proposed Pre-Trial Order: April 30, 2026, or 30 days after the Court's decision on any summary judgment motions pending at that time.

This extension would also extend the NVOCCs time to move to dismiss, and, as to those NVOCCs that have not yet answered, to answer or otherwise move, from October 8, 2025 to January 8, 2026.

All parties agree to this request for additional time, or do not object. We thank Your Honor for your continued consideration and patience in regard to this further request.

Respectfully submitted,

/s/ Michael Fernandez
_____
Michael Fernandez
William H. Yost

Cc:    All counsel of record via ECF



October 7, 2025

SO ORDERED:

_____
Hon. Robert W. Lehrburger
United States Magistrate Judge